UNITED STATES COURT OF INTERNATIONAL TRADE                FORM  1

```
┌─────────────────────────────────────┐
│ STEMCOR NY LLC                      │
│                                     │
│                        Plaintiff,   │
│                                     │
│ v.                                  │
│                                     │
│ UNITED STATES,                      │
│                        Defendant.   │
└─────────────────────────────────────┘
```

S U M M O N S

Court No. 25-00090

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Mario Toscano
Clerk of the Court

## PROTEST

| | | | |
|---|---|---|---|
| Port(s) of Entry: | HOUSTON, TX (5301) | Center (if known): | |
| Protest Number: | 530124109900 | Date Protest Filed: | 06/26/2024 |
| Importer: | Stemcor NY LLC | Date Protest Denied: | 11/20/2024 |
| Category of Merchandise: | Hot Rolled Steel Plate | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 113-86445172 | 7/29/2019 | 1/12/2024 | 113-86495276 | 7/30/2019 | 1/12/2024 |
| 309-01965670 | 7/30/2019 | 1/12/2024 | 512-30144258 | 7/17/2019 | 1/12/2024 |
| 512-30145735 | 8/19/2019 | 1/12/2024 | | | |
| | | | | | |

Daniel Cannistra
Crowell & Moring, LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 624-2902 (direct)
dcannistra@crowell.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| | | | | |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

CBP denied the Stemcor's claim that the assessment rate determined in the 2019-20 administrative review of the antidumping duty order on Cut-to-Length Plate from Korea (A580-887) is applicable to the subject entries.

The issue which was common to all such denied protests:

Whether the assessment rate determined in the 2019-20 administrative review of the antidumping duty order on Cut-to-Length Plate from Korea (A580-887) is applicable to the subject entries

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

_____
Signature of Plaintiff's Attorney

May 15, 2025
_____
Date

# SCHEDULE OF PROTESTS

_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)